1  Duy Thai, SBN 157345
   DThai@gammalaw.com
2  Marco Martemucci, SBN 255054
   MMartemucci@gammalaw.com
3  Gamma Law, P.C.
4  One Sansome Street, Suite 1400
   San Francisco, California 94104
5  Tel.: 415.901.0510
   Fax: 415.901.0512
6
7  Attorneys for Petitioner
   Kodansha Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| In Re 17 U.S.C. § 512(h) Subpoena to SQUARESPACE, INC. | CASE NO. 25-80269 <br><br> **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Petitioner Kodansha Ltd. ("Kodansha") through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. 512(h), issue the proposed subpoena to SquareSpace, Inc. ("SquareSpace") to identify certain alleged infringers of certain works of which Kodansha is the authorized copyright owner, as set forth in the supporting Declaration of Bruno Tarabichi ("Tarabichi Decl.") being filed concurrently herewith.

In support of its request, Kodansha submits and attaches the following: (1) a proposed subpoena (see Exhibit A); (2) a sworn declaration attesting that the purpose for which the DMCA subpoena is sought is proper under the DMCA (see Tarabichi Decl. ¶ 8); and (3) a copy of the Section 512(c)(3)(A) notice sent at Kodansha's direction to SquareSpace. (See Schedule 1 of Tarabichi Decl.)

Dated: September 8, 2025         **GAMMA LAW P.C.**

By: /s/ Marco Martemucci
Marco Martemucci
*Attorney for Kodansha Ltd.*