Duy Thai, SBN 157345
DThai@gammalaw.com
Marco Martemucci, SBN 255054
MMartemucci@gammalaw.com
Gamma Law, P.C.
One Sansome Street, Suite 1400
San Francisco, California 94104
Tel.: 415.901.0510
Fax: 415.901.0512

Attorneys for Petitioner
Kodansha Ltd.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to SQUARESPACE, INC. | CASE NO.: 25-80269<br><br>**DECLARATION OF BRUNO TARABICHI IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF A SQUARESPACE, INC. CUSTOMER PURSUANT TO 17 U.S.C. § 512(h)** |

I, Bruno Tarabichi, declare as follows:

1. I am an attorney with the law firm Gamma Law P.C., counsel for Kodansha Ltd. ("Kodansha"). I make this declaration in support of Kodansha's request for the clerk of the District Court for the Northern District of California to issue the subpoena filed concurrently herewith pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, would testify competently thereto.

2. I am duly authorized by Kodansha to make this request on Kodansha's behalf.

3. Kodansha is a Japanese privately held publishing company headquartered in Tokyo, Japan. Among other things, the company publishes popular Japanese comics ("manga") to a

DECLARATION OF BRUNO TARABICHI - 1

worldwide audience, some of which have been adapted to film and TV series, including, for example, the hit manga and TV series, "Attack on Titan."

4. Kodansha recently discovered that the website at www.studio-eclypse.com, which is hosted by SquareSpace, Inc., has been posting copied images and videos that infringe Kodansha's copyrights in its "Attack on Titan" TV series.

5. Kodansha is the owner of the copyrights in certain images and videos that have been in whole or in part copied, published, displayed, and/or distributed without authorization by the anonymous website operator of www.studio-eclypse.com using hosting services provided by SquareSpace, Inc. The URLs containing the infringing content are identified in the DMCA notices Kodansha sent to SquareSpace on August 4, 2025, a true and correct copy of which is attached hereto as **Schedule 1** (the "DMCA Notice").

6. Upon information and belief, SquareSpace provides content hosting services enabling the unauthorized reproduction and distribution of Kodansha's copyrighted works using www.studio-eclypse.com and the URLs identified in the DMCA Notice.

7. On information and belief, SquareSpace's policies require a subpoena or court order to compel the company to disclose information about a SquareSpace customer using SquareSpace's hosting services in furtherance of the infringement.

8. The sole purpose for which the requested subpoena is sought is to obtain the identity of the alleged infringer(s) described in the DMCA Notice and such information will only be used for the purpose of protecting Kodansha's copyright rights.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 8, 2025 in San Jose, California.

By: 

Bruno Tarabichi